**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

BRANDON TAYLOR,

                   Plaintiff,

-vs-                                    Case No.  2:11-cv-84-FtM-36SPC

EXPERIAN, a Texas Corporation,  MARAUDER
CORPORATION, NATIONAL CREDIT
ADJUSTERS, L.L.C.,

                   Defendants.

_____

## <u>ORDER</u>

This matter comes before the Court on Plaintiff's Complaint and Demand for Jury Trial (Doc. #1) filed on February 24, 2011.  The Court notes that Exhibit A (Doc. #1-1) to Plaintiff's Complaint contains Plaintiff's social security number.  This violates the Court's electronic filing policy procedures guidelines. Therefore, the Court will direct the Clerk to remove the exhibit and direct Plaintiff to re-file a redacted version of Exhibit A to his Complaint.

Accordingly, it is now

**ORDERED:**

Exhibit A to Plaintiff's Complaint and Demand for Jury Trial (Doc. #1-1) is hereby striken. The Clerk of Court is directed to remove Doc. #1-1 from the docket sheet.  Plaintiff shall have up to and including **April 11, 2011** to file a redacted version of Exhibit 1 to his Complaint.  The Clerk

of Court is directed to return the unredacted copy of Exhibit A (Doc. #1-1) to Plaintiff once the

redacted version is filed.

    **DONE AND ORDERED** at Fort Myers, Florida, this __22nd__ day of March, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record