**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

BRENDON TAYLOR,

                Plaintiff,

-vs-                                                        Case No.  2:11-cv-84-FtM-36SPC

EXPERIAN INFORMATION SERVICES, LLC,
TRANSUNION LLC,  MARAUDER
CORPORATION, NATIONAL CREDIT
ADJUSTERS, L.L.C.,

                Defendants.

_____

## ORDER

This matter comes before the Court on Plaintiff's Motion to Extend Deadlines/Hearings (Doc. #60) filed on August 2, 2011.  Defendant National Credit Adjusters, LLC's Response (Doc. #62) was filed on August 5, 2011.  And Defendant Experian Information Solutions, Inc.'s Response (Doc. #63) was filed on August 8, 2011.  Thus, the Motion is now ripe for review.

Plaintiff moves to extend the case management and scheduling order deadlines in this case by 90 days so that Plaintiff may effect service upon Defendant TransUnion and receive discovery relevant to the case.  The Court allowed Plaintiff to amend his complaint to add TransUnion as a Defendant on July 8, 2011 (Doc. #54).  Plaintiff's counsel has attempted service on TransUnion, but asserts that she has recently moved her law office and that her mail is being held up at her previous office address and therefore she is without knowledge as to whether TransUnion has been served. Defendants National Credit Adjusters and Experian Information Solutions object to such an extension, citing that the grounds asserted by Plaintiff for an extension are not well taken as Plaintiff

has had ample time to serve TransUnion and can ascertain whether it has been served by simply contacting the process server. Defendants also allege numerous other ways in which Plaintiff's counsel is not diligently prosecuting this case on behalf of her client.

The Court agrees that the grounds given do not warrant a 90-day extension, but the Court will extend the deadlines in this matter by 30 days. Plaintiff's counsel is cautioned though that she must work diligently to meet the new deadlines imposed by the Court as any further requests for extensions of the deadlines will be disfavored.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion to Extend Deadlines/Hearings (Doc. #60) is **GRANTED** in part. The deadlines in this case are amended as follows:

| | | |
|---|---|---|
| **Disclosure of Expert Reports** | | |
| | **Plaintiff** | SEPTEMBER 2, 2011 |
| | **Defendant** | OCTOBER 3, 2011 |
| **Discovery Deadline** | | NOVEMBER 3, 2011 |
| **Mediation** | Deadline:<br>Mediator:<br>Address:<br><br>Telephone: | NOVEMBER 11, 2011<br>Jim Nulman<br>15880 Summerlin Road<br>Ste. 300 PMB 146<br>Fort Myers, FL 33908-9613<br>239-433-3539 |
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | | JANUARY 6, 2012 |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | | MARCH 16, 2012 |

| | |
|---|---|
| **Joint Final Pretrial Statement (***Including* **a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form** | **MARCH 26, 2012** |
| **All Other Motions Including Motions** *In Limine***, Trial Briefs** | **MARCH 26, 2012** |
| **Final Pretrial Conference**         Date:<br>Time:<br>Judge: | **APRIL 23, 2012**<br>**1:30 P.M.**<br>**Charlene E. Honeywell** |
| **Trial Term Begins**<br>    [Trials Before Magistrate Judges Begin on Date Certain] | **MAY 7, 2011**<br>**9:00 A.M.** |
| **Estimated Length of Trial** | **1-3 days** |
| **Jury/Non Jury** | **Jury** |

**All other deadlines remain unchanged.**

    **DONE AND ORDERED** at Fort Myers, Florida, this   10th    day of August, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record