UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRENDON TAYLOR,

    Plaintiff,

v.                                                      Case No: 2:11-cv-84-FtM-99SPC

MARAUDER CORPORATION,
NATIONAL CREDIT ADJUSTERS,
L.L.C., TRANSUNION LLC and
EXPERIAN INFORMATION SERVICES,
LLC,

    Defendants.
_____/

**<u>ORDER</u>**

    This matter comes before the Court on the Plaintiff, Brendon Taylor's Motion for an Order Requiring Defendant, Marauder Corporation, to Complete and Return Fact Information Sheet (Doc. #91) filed on October 9, 2012. The Plaintiff moves the Court to compel a fact information sheet base upon "the appropriate Rule of Civil Procedure."

    Pursuant to M.D. Fla. Local Rule 3.01(a), "[i]n every motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and memorandum of legal authority in support of the request, all of which the movant shall include in a single document not more than twenty-five pages long." The Plaintiff's Motion fails to comply with the Local Rule and is due to be denied.

    Moreover, while post-judgment discovery may be obtained under Federal Rule Civ. P. 69(a)(2), the Federal Rules of Civil Procedure as well as the Local Rules of the Middle District of Florida require that the movant list the discovery requested and give the Respondent's answer to said discovery. The Local Rule reads in pertinent part:

> [a] motion to compel discovery pursuant to Rule 36 or Rule 37, Fed. R. Civ. P., shall include quotation in full of each interrogatory, question on deposition, request for production to which the motion is addressed; each of which shall be followed immediately by quotation in full of the objection and grounds therefor as stated by the opposing party; or the answer or response which is asserted to be insufficient, immediately followed by a statement of the reason the motion should be granted.

M.D. Fla. Local Rule 3.04(a). Here, the Plaintiff fails to provide the Court with a copy of the information sheet, fails to provide the Court with evidence that he served the information sheet on the Defendant and whether or not the Defendant gave a reply to the requested information. The Plaintiff's failure to comply with the Local Rules of this Court is fatal to his request and the Motion is due to be denied without prejudice. The Plaintiff may re-file the Motion in compliance with the Local and Federal Rules

Accordingly, it is now

**ORDERED:**

The Plaintiff, Brendon Taylor's Motion for an Order Requiring Defendant, Marauder Corporation to Complete and Return Fact Information Sheet (Doc. #91) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of October, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record