UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRENDON TAYLOR,

        Plaintiff,

v.                                Case No:  2:11-cv-84-FtM-38CM

MARAUDER CORPORATION,
NATIONAL CREDIT ADJUSTERS,
L.L.C., TRANSUNION LLC and
EXPERIAN INFORMATION
SERVICES, LLC,

        Defendants.
_____/

## ORDER[1]

    This matter comes before the Court on the Plaintiff, Brandon Taylor's Motion for an Order Requiring Defendant, Marauder Corporation to Complete and Return Fact Information Sheet (Doc. #94) filed on December 17, 2014.  Pursuant to Local Rule 3.01(a), "[i]n every motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and memorandum of legal authority in support of the request, all of which the movant shall include in a single document not more than twenty-five pages long."

    Here, the Plaintiff merely states in accordance with the appropriate Rules of Civil Procedure without naming or citing to any other authority as to why post-judgment

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

discovery should be granted.  Therefore, the Plaintiff's Motion is deficient and due to be denied as such.

Furthermore, a default judgment was never entered against the Defendant Marauder Corporation.  On March 30, 2011, the Court entered a Clerk's Default against Marauder.  The Plaintiff moved for a default judgment (Doc. #32) on May 4, 2011; however, that Motion was denied as moot after the Plaintiff filed his Amended Complaint (Doc. #55).  The Plaintiff filed a new Motion for Default Judgment (Doc. #77) on December 2, 2011.  On January 31, 2012, the Plaintiff filed a Notice of Settlement stating that "Plaintiffs and Defendants have settled all claims brought against all Defendants."  (Doc. #83).  Thereafter, the Court dismissed the case with prejudice and closed the filed.  There is no justification for post-judgment discovery against the Defendant Marauder Corporation because no default judgment was ever entered against Marauder. Therefore, the Motion is due to be denied with prejudice.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Brandon Taylor's Motion for an Order Requiring Defendant, Marauder Corporation to Complete and Return Fact Information Sheet (Doc. #94) is **DENIED with prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of January, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record